UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

DREW LIEBERMAN

_____/

**EXPEDITED UNOPPOSED MOTION TO CONTINUE
DREW LIEBERMAN'S CHANGE OF PLEA HEARING**

Defendant Dr. Drew Lieberman, through undersigned counsel, respectfully moves this Court to continue his change of plea hearing currently scheduled for tomorrow, February 10, 2022. In support of the motion, Dr. Lieberman states as follows:

1.   Dr. Lieberman's change of plea hearing is currently scheduled for February 10, 2022 at 1:30 p.m. ECF No. 474.

2.   Today, on February 9, 2022, Dr. Lieberman experienced a medical event that required him to seek medical attention this afternoon. Given the uncertainty created by this medical issue, we are requesting a very brief continuance of Dr. Lieberman's change of plea hearing. If it would assist the Court's consideration of this motion, undersigned counsel is prepared to file medical documentation under seal.

3.   This motion is not being filed to create an unwarranted delay, and the relief requested will not prejudice the government.

4.   Prior to filing this Motion, pursuant to Local Rule 7.1(a)(3), undersigned counsel for Dr. Lieberman conferred with counsel for the United States, who stated she does not oppose the relief requested herein.

WHEREFORE, Dr. Lieberman respectfully moves this Court for an order continuing his

change of plea hearing, to be rescheduled at a later date.

Date: February 9, 2022                          Respectfully Submitted,

                                                **STUMPHAUZER FOSLID SLOMAN**
                                                **ROSS & KOLAYA, PLLC**
                                                Two South Biscayne Boulevard, Suite 1600
                                                One Biscayne Tower
                                                Miami, FL 33131
                                                Telephone: (305) 614-1400
                                                Facsimile: (305) 614-1425

                          By:      /s/ *Jacqueline Z. DerOvanesian*
                                   Ryan K. Stumphauzer, Esq.
                                   Fla. Bar No. 0012176
                                   rstumphauzer@sfslaw.com
                                   Jacqueline Z. DerOvanesian, Esq.
                                   Fla. Bar No. 125662
                                   jderovanesian@sfslaw.com

                                   *Attorneys for Drew Lieberman*

                          **CERTIFICATE OF SERVICE**

I certify that on this 9th day of February, 2022, I electronically filed this document with the

Clerk of the Court using CM/ECF, causing a copy to be served on counsel of record.

                                   /s/ *Jacqueline Z. DerOvanesian*
                                   Jacqueline Z. DerOvanesian