UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 21-60020-CR-DIMITROULEAS

    Plaintiff,

vs.

DREW LIEBERMAN,

    Defendant.

_____/

**O R D E R**

THIS CAUSE is before the Court on the Court's own motion. The Court heard arguments on May 10, 2022 on the appropriateness of a downward departure/variance. Said request is Granted. Defendant has attempted substantial assistance and has tremendous community and family support and a longer sentence is not needed to protect the public.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of May, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record